```
1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   3030 Bridgeway, Suite 231
3  Sausalito, CA  94965
   Telephone:  (415) 729-9006
4  FAX: (415) 729-9023

5  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS, et al., | ) ) ) | NO.  C 11 4619 EDL |
| Plaintiffs, | ) ) | ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | ) ) | |
| GLENN'S METAL WORKS, INC., etc., | ) ) | |
| Defendant. | ) ) | |

IT IS ORDERED that the Case Management Conference in this case set for January 3, 2012 be continued to April 3, 2012 at 10:00 a.m. to Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: December 21, 2011

_____
Magistrate Judge Elizabeth D. Laporte

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE