1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   3030 Bridgeway, Suite 231
3  Sausalito, CA  94965
   Telephone:  (415) 729-9006
4  FAX: (415) 729-9023

5  Attorneys for Plaintiffs

6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARDS OF TRUSTEES OF THE SHEET    )    NO.  C 11 4619 EDL
   METAL WORKERS, et al.,             )
12                                    )
                Plaintiffs,            )    ORDER TO CONTINUE CASE
13                                    )    MANAGEMENT CONFERENCE
         vs.                           )
14                                    )
   GLENN'S METAL WORKS, INC., etc.,   )
15                                    )
                Defendant.             )
16 _____)

17      IT IS ORDERED that the Case Management Conference in this

18 case set for January 3, 2012 be continued to April 3, 2012 at 10:00

19 a.m. to Courtroom E, 15th Floor, 450 Golden Gate Avenue, San

20 Francisco, California.

21 Dated: December 21, 2011                  /s/ Elizabeth D. Laporte
                                       Magistrate Judge Elizabeth D. Laporte

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE